IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLEMA BEY,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RELIANCE STANDARD LIFE** | : | No.   **16-2326** |
| **INSURANCE COMPANY,** | : | |
| **Respondents.** | : | |

# O R D E R

**AND NOW**, this 16th day of February, 2017, upon consideration of the Defendant's

Motion to Dismiss for Failure to State a Claim (Doc. No. 3), Defendant's Motion for Summary

Judgment (Doc. No. 20), and Plaintiff's Motion for Summary Judgment (Doc. No. 19), responses

thereto, and oral argument, it is hereby **ORDERED**:

1.   Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**;

2.   Plaintiff's Motion for Summary Judgment (Doc. No. 19) is **DENIED**;

3.   Defendant's Motion to Dismiss for Failure to State a Claim (Doc No. 3) is

**DEEMED MOOT**.

4.   The Clerk of Court shall close this case for all purposes including statistics.


BY THE COURT:


_S/Gene E.K. Pratter_____
GENE E.K. PRATTER
United States District Judge